4
FILED
September 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003781946

Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 106
P.O. Box 3291
Modesto, California 95353
(209) 521-8100 Telephone
(209) 524-8461 Facsimile
E-mail carl@cwcollinslaw.com

Attorney for Trustee
Randell Parker

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Fresno Division)

| | |
|---|---|
| In re: | Case No: 11-11802 |
| Dyar and Whitten Partnership, | Chapter 7 Case |
| 1839 Rose Street<br>Porterville, CA 93257 | DC No. CWC-3 |
| Tax ID/EIN: 95-6521249 | Date: November 3, 2011<br>Time: 10:00 a.m.<br>Place: 1300 18th Street<br>First Floor<br>Bakersfield, CA |
| Debtor. | |

**MOTION FOR AUTHORIZATION TO**

**SELL REAL PROPERTY OF THE ESTATE**

**(502 County Line Road, Delano, CA)**

To: The Honorable W. Richard Lee, U.S. Bankruptcy Judge:

Randall Parker, the duly qualified and acting trustee in this case, pursuant to 11 U.S.C. § 363(b) respectfully represents:

1. This Court has jurisdiction of this matter under 28 U.S.C. Sections 1334 and 157(a).

2. On February 17, 2011, the Debtor filed a petition under Chapter 11 of the Bankruptcy Code, in the above-entitled Court.

1

The case was converted to Chapter 7 on April 14, 2011. Randall Parker has been appointed Trustee in the case.

3. Among the assets which constitute property of the estate is the Debtor's interest in the real property located at 502 County Line Road, Delano, CA 93215, APN 410-020-02-00-1 and APN 410-040-01-00-4 ("the Subject Property"), more particularly described in the Preliminary Title Report of Placer Title Company dated July 19, 2011, attached to the List of Exhibits filed concurrently herewith.

4. The Trustee has entered into an agreement with Juvenal Montemayor (the "Buyer"), 31110 Schuster Road, Delano, CA 93215, or nominee, for the sale of the Subject Property for $1,290,000.00 in cash or certified funds upon the terms and conditions described in a Commercial Property Purchase Agreement and Joint Escrow Instructions dated July 25, 2011, as amended by Counter Offer No. 1 dated July 28, 2011, Counter Offer No. 2 dated August 3, 2011 and Counter Offer No. 3 dated August 11, 2011 (the "Agreement") which is annexed to the List of Exhibits filed concurrently herewith.

5. The Buyer has deposited the sum of $40,500.00 with the Trustee to be held in trust pending court approval of the sale. The Buyer is purchasing the Subject Property on an "As Is, Where Is" basis. Said sale is without representation or warranties of any kind, express or implied, including, without limitation, representations of merchantability and/or fitness for any particular purposes. The sale is subject to Bankruptcy Court approval and subject to third party overbids at the hearing on this matter. Prior to the hearing on this matter, all third

MOTION FOR AUTHORIZATION TO SELL
REAL PROPERTY OF THE ESTATE
(502 County Line Road, Delano, CA)                    2

party bidders must deposit $40,500.00 in certified funds with the Trustee and agree to execute a contract with terms and conditions identical to the Agreement in order to be eligible to make overbids at the hearing. All deposits of unsuccessful bidders are fully refundable.

6. Under the terms of the Agreement, Grubb & Ellis/ASU & Associates, the Trustee's licensed real estate broker, will receive a brokerage fee of 2.5% of the sales price and Wise Realty, Inc., the Buyer's licensed real estate broker, will receive a brokerage fee of 2.5% of the sales price.

7. The Trustee is informed and believes that the bankruptcy estate will not incur any adverse tax consequences from the sale.

8. Said sale will fully pay all liens, encumbrances, taxes, etc. on the Subject Property. The costs and expenses of such sale include, but are not limited to, all closing costs, all property taxes and assessments and the real estate brokers' commissions.

9. Said sale represents the Trustee's best efforts to sell the Subject Property for the highest possible price and the Trustee believes that the proposed sale is in the best interest of the estate.

WHEREFORE, the Trustee, Randell Parker, prays for an Order of this Court:

1. Authorizing the Trustee, pursuant to 11 U.S.C. § 363(b) to sell the Debtor's interest in the real property located at 502 County Line Road, Delano, CA 93215, APN 410-020-02-00-1 and APN 410-040-01-00-4, to Juvenal Montemayor, or nominee, for the sum of $1,290,000.00 in cash or certified funds upon the terms and conditions in the above-described Agreement;

  2. Authorizing the Trustee to pay through escrow all costs and expenses of the sale including but not limited to, all liens, encumbrances, closing costs, all property taxes and assessments and the payment of a real estate commission in the amount of 2.5% of the sale price to Grubb & Ellis/ASU & Associates, the Trustee's licensed real estate broker and the payment of a real estate commission in the amount of 2.5% of the sale price to Wise Realty, Inc., the Buyer's licensed real estate broker.

  3. Authorizing such overbids as may be submitted at the time of the hearing on this Motion, subject to such terms and conditions as may be required by the Trustee and/or the Court;

  4. Authorizing the execution and delivery by the Trustee of any and all documents which may be necessary or convenient to conclude the transaction;

  5. Granting such other and further relief as the court deems proper.

Dated: 9-19-11

          Respectfully Submitted,

          Law Office of Carl W. Collins

          _/s/ Carl W. Collins_
          Carl W. Collins, Esq.
          Attorney for Trustee

MOTION FOR AUTHORIZATION TO SELL
REAL PROPERTY OF THE ESTATE
(502 County Line Road, Delano, CA)   4